IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**       \*
                                   \*
**v.**                             \*    CR. NO. 97-00166-001(CCC)
                                   \*
**EDWIN R. OSORIO-PEÑA**           \*
                                   \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon petition of AUGUST J. CASTRO, U.S. PROBATION OFFICER of this Court, alleging that supervisee, Edwin Osorio-Peña, has failed to comply with the conditions of his supervised release, it is ORDERED that Mr. Osorio-Peña appear before this Court on _____ 2007 at _____, for a hearing to show cause, if there be any, why the supervised release term on the above-entitled case should not be revoked; thereupon, Mr. Osorio-Peña be dealt with pursuant to law.

At this hearing, probationer will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons to Mr. EDWIN OSORIO-PEÑA, and notify counsel for releasee and for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this ___ day of June 2007

                                                                                      _____
                                                                                      **CARMEN CONSUELO CEREZO**
                                                                                       **U.S. DISTRICT JUDGE**