IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA '

Plaintiff '

vs ' CRIMINAL 97-0166CCC

EDWIN RAMON OSORIO-PEÑA '

Defendant '

## O R D E R

The Motion Notifying Violations to Conditions of Supervised Release and Requesting the Issuance of a Summons filed on June 26, 2007 by the U.S. Probation Officer **(docket entry 145)** is referred to the U.S. Magistrate Judge for preliminary hearing on probable cause to order revocation and for report and recommendation.

The Clerk of Court to issue the corresponding **summons** forthwith to releasee Edwin Ramon Osorio-Peña.

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge