IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN RAMON OSORIO-PENA,<br><br>Defendant. | CRIMINAL NO. 97-166 (CCC)<br>Defendant No. 01 |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
### EDWIN RAMON OSORIO-PENA

TO THE HONORABLE CARMEN CONSUELO CEREZO
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO:

**COMES NOW** the defendant **EDWIN RAMON OSORIO-PENA**, and respectfully informs this Honorable Court that he has retained the services of the undersigned counsel, **RAMON M. GONZALEZ, ESQUIRE**, for the purposes of his legal representation in this case.

**WHEREFORE** it is respectfully requested that all interested parties take notice of the above.

**I HEREBY CERTIFY** that a true and exact copy of this document has been filed through the Court's ECF/ECM which will send notification of this filing to all parties of record. A copy of this document has also been sent via facsimile to the United States Probation Office for the district of Puerto Rico.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this the 16th day of July 2007.

S/ Ramon M. Gonzalez
**RAMON M. GONZALEZ**

P.O. Box 19543  
San Juan, Puerto Rico 00919-5493  
Tel: 787-593-8281  
e-mail: rmgonzalezesq@aol.com