IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN RAMON OSORIO-PENA,<br><br>Defendant. | CRIMINAL NO. 97-166 (CCC)<br>Defendant No. 01 |

**MOTION IN COMPLIANCE WITH COURT ORDER**
**DATED JULY 20, 2007**

TO THE HONORABLE BRUCE M, MCGIVERIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO:

The defendant **EDWIN RAMON OSORIO-PENA**, by his undersigned Counsel, **RAMON M. GONZALEZ, ESQUIRE**, in compliance with the Court's order, respectfully informs the Court of the present medical condition of the defendant and his temporary inability to travel and appear before the Court for the purposes of the revocation proceedings now pending before the Court.

According to the statement provided to Counsel by Dr. Jorge Cordero, of the San Juan Bautista Medical Center, in Caguas, Puerto Rico, (exhibit 1) Mr. Osorio-Pena has been hospitalized for a lower back ulcer since July 20, 2007; needs approximately seven days of hospitalization; to be followed by 21 days of strict lay in at his home. It is Counsel's belief that Mr. Osorio-Pena will need at least 45 days to comfortably appear before the Court.

**WHEREFORE** it is respectfully requested that the Honorable Court takes notice of the above.

**I HEREBY CERTIFY** that a true and exact copy of this document has been filed through the Court's ECF/ECM which will send notification of this filing to all parties of record. A copy of this document has also been sent via facsimile to the United States Probation Office for the district of Puerto Rico.

1 **RESPECTFULLY SUBMITTED**.

2 In San Juan, Puerto Rico on this the 24th day of July 2007.

*/s/ Ramon M. Gonzalez*
**RAMÓN M. GONZALEZ, ESQUIRE**
P.O. Box 19543
San Juan, Puerto Rico 00919-5493
Tel: 787-593-8281
e-mail: rmgonzalezesq@aol.com