## San Juan Bautista
MEDICAL CENTER
(787)-653-0550

Nombre del paciente: Edwin Osorio Ponz  Edad: 36y
Dirección: Urb Brisas del Rosario Ze3y
Bo PR00725

Fecha: 7/3/4/05

Rx

Paciente Edwin Osorio Ponz fue admitido a este hospital el 20 de julio del 2007 y necesitará aproximadamente 2 semanas más. Desde luego con descanso hasta 2/2/25

Nombre del Médico: Jorge Celso
Firma del Médico: [signature]
Número de Licencia: 2409315  6C23y573
                    DM        BNDO

Servicios Integrados a tu Alcance
- Laboratorio Clínico: 1er nivel Hospital
  Horario: 6:00 a.m.- 6:00 p.m.
- Rayos X, CT Scan y MRI
- Farmacia San Juan Bautista Medical Mall

** Aceptamos los Principales Planes Médicos y la Reforma **