# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                    DATE: 9-4-07

HONORABLE BRUCE J. MCGIVERIN, U.S. MAGISTRATE JUDGE

C. DEPUTY: CARLOS J. RODRIGUEZ              CR. 97-166-01 (CCC)

C. REPORTER : FTR

USPO : JOSE SOTO                                    INT : JANIS PALMA
===============================================================

UNITED STATES OF AMERICA          AUSA- JENIFER HERNANDEZ

Plaintiff(s)

V.

EDWIN OSORIO-PEÑA                 RAMON GONZALEZ-SANTIAGO

Defendant(s)
===============================================================

CASE CALLED FOR PRELIMINARY HEARING ON REVOCATION OF SUPERVISED RELEASE. Arguments by both parties heard. Magistrate McGiverin entered his findings of probable cause that defendant violated his conditions of supervised release. Defendant shall remain under the same conditions of supervised release. Case is referred to Honorable Judge Cerezo for final revocation hearing. Report and Recommendation to be issued.

                                        S/ Carlos J. Rodríguez
                                        Deputy Clerk