IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA '
Plaintiff '
vs ' CRIMINAL 97-0166CCC
EDWIN RAMON OSORIO-PEÑA '
Defendant '

**O R D E R**

Having considered the Motion for Discovery filed by defendant (**docket entry 151**), the Court rules as follows:

Item 2(a) - U. S. Probation Office will provide the notes of meetings held with releasee from the month of January 2007 until the present time.

Item 2(b) - GRANTED.

Item 2( c) - Defendant's Monthly Supervision Reports for the months of January, February, March, April and May 2007 which is the period comprised in the alleged violation to Standard Condition number 2.

Item 2(d) - Copy of All attendance records from January 2007 until the present.

Item 2(e) - GRANTED.

Item 2(f) - GRANTED.

Item 2(g) and (h) - Records of appointments given to defendant by the U.S. Probation Office from January 2007 to the present time and records of attendance of defendant to the appointments for that period.

Item 2(I) - Any other information to be used by the government which is in the possession of the U. S. Probation Office related to the reasons for revocation. All of the above materials shall be provided by the United States and/or the U.S. Probation Officer by September 17, 2007.

SO ORDERED.

At San Juan, Puerto Rico, on September 10, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge