IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTINGS**                               September 20, 2007

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA
Plaintiff

vs                                                  CRIMINAL 97-0166 CCC

EDWIN RAMON OSORIO-PEÑA
Defendant
_____

    By Order of the Court, the Court has inquired from U.S. Probation Officer Castro regarding the status of the criminal case filed against defendant Edwin Ramon Osorio-Peña in the Commonwealth Court, and has been informed, via telephone, today, that there is a pending suppression motion and no trial date until the suppression issue is resolved. Since engaging in new criminal conduct is the most significant of the violations alledged in the Motion Notifying Violations of Supervised Release Term, the parties are advised that the Court shall await the outcome of the criminal case in state court before holding the revocation hearing in this court.

    Accordingly, the revocation hearing set for today is VACATED, until further notice. Defendant and the U.S. Probation Officer shall inform the Court immediately after the local charges are disposed of, in order for the revocation hearing to be reset.

                                                 S/ *Gretchen S. Rodriguez*
                                                   Gretchen S. Rodriguez
                                                   Courtroom Deputy Clerk