## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                              **December 19, 2007**

**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

vs                                          CRIMINAL 97-0166CCC

EDWIN RAMON OSORIO-PEñA

   **The final revocation hearing is hereby reset for February 14, 2008**

**at 4:30 PM.**

S/María M. Delgado, Secretary