IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

       vs.

**EDWIN R. OSORIO-PENA**
**************************************

                  **CASE NO. 3: 97CR-00166(CCC)**

**MOTION FOR CONTINUANCE**

**TO THE HONORABLE CARMEN CONSUELO CEREZO**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW**, August J. Castro, U.S. Probation Officer of this Honorable Court, and respectfully submits and inform as follows:

    On June 26, 2007, the Probation Officer filed a motion notifying this Honorable Court of Supervised Release Violations.

    A final revocation hearing has scheduled for February 14, 2008 by Your Honor.

    Trial at the State Court was rescheduled for February 21, 2008.

    **WHEREFORE**, in view of the aforementioned, it is respectfully requested that this Honorable Court consider continuing said hearing for after February 21, 2008 or any date thereafter.

In San Juan, Puerto Rico, this 11th day of January 2008.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER

        <u>S/August J. Castro</u>
        U.S. Probation Officer
        Federal Office Building
        150 Ave. Carlos Chardón, Rm. 400
        San Juan PR  00918-1741
        787-766-5846
        787- 766-5945(Fax)
        August_Castro@prp.uscourts.gov

ajc

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: USA Rosa E. Rodríguez-Vélez, U.S. Attorney's Office and to Defense Ramón M. González, Esquire.

In San Juan, Puerto Rico this 11th day of January 2008.

S/August J. Castro
U.S. Probation Officer
Federal Office Building
150 Ave. Carlos Chardón, Rm. 400
San Juan PR  00918-1741
787-766-5846
787- 766-5945(Fax)
August_Castro@prp.uscourts.gov

ajc