IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| Plaintiff | ' |
| vs | '   CRIMINAL 97-0166CCC |
| EDWIN RAMON OSORIO-PEÑA | ' |
| Defendant | ' |

**O R D E R**

The Court having previously noted that it would await the outcome of defendant's criminal case in the Commonwealth court before holding the revocation hearing in this case (see docket entry 163), the Motion for Continuance filed by U.S. Probation Officer August J. Castro on January 11, 2008 (**docket entry 165**), where he informs that defendant's trial on the local charges was rescheduled for February 21, 2008, is GRANTED. **The revocation hearing is RESET for March 26, 2008 at 4:30 P.M.**

SO ORDERED.

At San Juan, Puerto Rico, on February 14, 2008.

S/CARMEN CONSUELO CEREZO
United States District Judge