IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

       vs.

**CASE NO. 3: 97CR-00166(CCC)**

**EDWIN R. OSORIO-PENA**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR CONTINUANCE**

**TO THE HONORABLE CARMEN CONSUELO CEREZO**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW**, August J. Castro, U.S. Probation Officer of this Honorable Court, and respectfully submits and inform as follows:

    On June 26, 2007, the Probation Officer filed a motion notifying this Honorable Court of Supervised Release Violations.

    A final revocation hearing has been scheduled for March 26, 2008, by Your Honor.

    Trial at the State Court was rescheduled for April 17, 2008.  Mr. Edwin Ramón Osorio-Peña will also be undergoing surgery on March 25, 2008.

    **WHEREFORE**, in view of the aforementioned, it is respectfully requested that this Honorable Court consider continuing said hearing for after April 17, 2008, or any date thereafter.

In San Juan, Puerto Rico, this 24th day of March 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/August J. Castro
U.S. Probation Officer
Federal Office Building
150 Ave. Carlos Chardón, Rm. 400
San Juan PR  00918-1741
787-766-5846
787- 766-5945(Fax)
August_Castro@prp.uscourts.gov

ajc

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: USA Rosa E. Rodríguez-Vélez, U.S. Attorney's Office and to Defense Ramón M. González, Esquire.

In San Juan, Puerto Rico this 24th day of March 2008.

<u>S/August J. Castro</u>
U.S. Probation Officer
Federal Office Building
150 Ave. Carlos Chardón, Rm. 400
San Juan PR  00918-1741
787-766-5846
787- 766-5945(Fax)
August_Castro@prp.uscourts.gov

ajc