IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| Plaintiff | ' |
| vs | '   CRIMINAL 97-0166CCC |
| EDWIN RAMON OSORIO-PEÑA | ' |
| Defendant | ' |

**O R D E R**

Having considered the Motion for Continuance filed by U.S. Probation Officer August Castro on March 24, 2008 (**docket entry 167**), the same is GRANTED. Given that defendant's trial on the local charges was once again continued, **the revocation hearing is RESET for MAY 1, 2008 at 4:30 P.M.**

SO ORDERED.

At San Juan, Puerto Rico, on March 25, 2008.

S/CARMEN CONSUELO CEREZO
United States District Judge