IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                                  CASE NO. 3:97CR00166 (CCC)

EDWIN RAMON OSORIO-PENA
* * * * * * * * * * * * * * * * * * * * * * *

## INFORMATIVE MOTION

TO THE HONORABLE CARMEN CONSUELO CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

    **COMES NOW,** August J. Castro, U.S. Probation Officer of this Honorable Court, and respectfully informing that on April 7, 2008, Mr. Osorio-Peña died as a result of gun shot wounds. The final revocation hearing was scheduled for May 1, 2008.

    **WHEREFORE**, the undersigned respectfully notifies the court that this case is being closed and respectfully requests that all Court pending proceedings be vacated.

    In San Juan, Puerto Rico, this 14th day of April 2008.

                                                Respectfully submitted,

                                                EUSTAQUIO BABILONIA, CHIEF
                                                U.S. PROBATION OFFICER

                                                s/August J. Castro
                                                August J. Castro
                                                U.S. Probation Officer
                                                Federal Office Building, Office 400
                                                San Juan, PR 00918
                                                787-766-5846
                                                787-766-5945
                                                august_castro@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 14, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: USA Rosa E. Rodríguez-Vélez, U.S. Attorney's Office, and Ramón M. González, Esq.

In San Juan, Puerto Rico, this day 14rd of April 2008.

        s/August J. Castro
August J. Castro
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5846
787-766-5945
august_castro@prp.uscourts.gov